IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 12FIVE, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CANWAY BUSINESS SOLUTIONS, LLC,<br><br>    Defendant. | Civil Action No: 1:24-cv-00658<br><br>**ORDER** |

**THIS MATTER** having been by the Court by way of Order to Show Cause; and the Court having considered Plaintiff 12Five, LLC's ("Plaintiff") Response thereto, and any other papers in support and in opposition to thereto, if any; and for good cause shown:

**IT IS** on this __20th__ day of __February, 2024__

**ORDERED** that Plaintiff is permitted to serve narrow interrogatories and document requests limited to identifying the identities and citizenship of each of Defendant Canway Business Solutions, LLC's members for the purpose of determining whether complete diversity exists in this matter; and it is

**FURTHER ORDERED** that such discovery shall be completed by __April 26, 2024__; and it is

**FURTHER ORDERED** that Plaintiff shall, within __21__ days of the completion of such discovery, amend its complaint to allege the citizenship of all members of Defendant Canway Business Solutions, LLC. **The Clerk is directed to close the motion at ECF No. 8.**

**SO ORDERED.**

February 20, 2024

_____
J. PAUL OETKEN
United States District Judge