UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

12FIVE CAPITAL, LLC,

                   Plaintiff,

      -v-

CANWAY BUSINESS SOLUTIONS, LLC,

                   Defendant.

24-CV-658 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On February 20, 2024, the Court ordered that Plaintiff is permitted to serve narrow interrogatories and document requests limited to identifying the identities and citizenship of each of Defendant Canway Business Solutions, LLC's members for the purpose of determining whether complete diversity exists in this matter. (ECF No. 9.) By order dated April 30, 2024, the period for jurisdictional discovery was extended to May 2, 2024. (ECF No. 14.) To date, Defendant has failed to comply with Plaintiff's outstanding discovery requests. (ECF No. 15.)

    Defendant Canway Business Solutions LLC is hereby ORDERED to comply with Plaintiff's outstanding jurisdictional discovery requests by May 17, 2024.

    SO ORDERED.

Dated: May 10, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge