UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12FIVE CAPITAL, LLC,

                         Plaintiff,

            -v-

CANWAY BUSINESS SOLUTIONS, LLC,

                        Defendant.

24-CV-658 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Clerk of Court entered a certificate of default on July 15, 2024. By September 9, 2024, Plaintiff shall either (1) move for default judgment and serve Defendant as required by the Local Rules of this Court, or (2) file a letter concerning the status of the case.

    Plaintiff is directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

Dated: August 15, 2024
       New York, New York

                                            J. PAUL OETKEN
                                         United States District Judge