UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 12FIVE CAPITAL, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CANWAY BUSINESS SOLUTIONS, LLC,<br><br>    Defendant. | Civil Action No: 1:24-cv-00658<br><br>**DEFAULT JUDGMENT** |

This action having been commenced by Plaintiff 12five Capital, LLC ("Plaintiff") on January 30, 2024 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendant Canway Business Solutions, LLC ("Defendant") by personally serving Defendant's registered agent, Legalinc Corporate Services Inc.; and proof of service was therefore filed on April 8, 2024 (Docket No. 12), and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired; it is

ORDERED, ADJUDGED AND DECREED that the Plaintiff have judgment against Defendant in the liquidated amount of $877,484.00 with interest at 9% from September 28, 2023 amounting to $73,782.17 amounting in all to $951,266.17.

Dated: New York, New York
       September 24, 2024

_____
J. PAUL OETKEN
United States District Judge